# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| DANIEL A. OULLETTE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Docket no. 2:15-cv-83-GZS ) |
| JOHN C. NIVISON, | ) ) ) |
| Defendant. | ) |

## ORDER

On February 27, 2015, Plaintiff filed a Complaint (ECF No. 1) with this Court. This filing required him to pay the required filing fee no later than March 11, 2015. To date, no filing fee had been paid, nor has the Court received a formal motion to proceed *in forma pauperis* with the necessary financial information.

The Court notes that this Plaintiff is a prisoner who has had three prior actions dismissed on grounds that the actions were frivolous or failed to state a claim. *See* Ouellette v. State of Maine, D. Me. Docket # 1:14-cv-450-GZS (dismissed 1/30/15); Ouellette v. Kennebec Behavioral Health et al., D. Me Docket # 2:14-cv-417-GZS (dismissed 1/30/2015); Ouellette v. Desjardins et al., D. Me. Docket # 2:14-cv-260-GZS (dismissed 2/9/15). As a result, in the absence of allegations of imminent danger of serious physical injury, Plaintiff may not proceed with this action unless he first pays the full filing fee of $400. *See* 28 U.S.C. § 1915(g).

Therefore, Plaintiff is hereby ORDERED to pay the required filing fee on or before April 8, 2015. If Plaintiff fails to comply with this Order, Plaintiff's Complaint shall be dismissed.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 18th day of March, 2015.