UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DANIEL A. OULLETTE )<br>)<br>Plaintiff )<br>v. )<br>)<br>JOHN C. NIVISON, )<br>)<br>Defendant ) | 2:15-cv-83-GZS |

**ORDER**

On February 27, 2015, Plaintiff Daniel A. Oullette filed a Complaint naming Judge John C. Nivison as the Defendant (ECF No. 1). An Order requiring the Plaintiff to pay the filing fee no later than April 8, 2015 was entered by the Court on March 18, 2015 (ECF No. 2). To date, no filing fee has been submitted by the Plaintiff, nor has the Plaintiff submitted a Motion to Proceed in Forma Pauperis. Therefore, it is hereby ORDERED that this matter be dismissed for failure to prosecute this action.

SO ORDERED.

/s/ George Z. Singal
George Z. Singal
U.S. District Judge

Dated this 21st day of April, 2015.